UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

**MAKE JS-6**

CIVIL MINUTES -- GENERAL

Case No.   CV-13-1159-R                                                              Date: FEBRUARY 19, 2013

Title:   FEDERAL NAT'L MORTGAGE ASSOCIATION -V- ESPERANZA ELIZADE FLORES et al
======================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   William Horrell                                 None Present  
   Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                        None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO STATE COURT


**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction."  28 U.S.C. 1447(c).  Because this is an unlawful detainer action, a federal question does not present itself.  See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, \*2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim).  As such, this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**


cc: counsel of record


MINUTES FORM 11                                        Initials of Deputy Clerk ___WH____  
CIVIL -- GEN